THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE A. ROMAN, Appellant. (Appeal No. 2.) [874 NYS2d 835]— Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered June 3, 2003. The judgment convicted defendant, upon a jury verdict, of burglary in the third degree and criminal mischief in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Roman* (60 AD3d 1406 [2009]). Present—Centra, J.P., Peradotto, Green and Pine, JJ.